1  LARIVIERE, GRUBMAN & PAYNE, LLP
   Robert W. Payne, Esq. (CA Bar No. 073901)
2  P.O. Box 3140
3  19 Upper Ragsdale Drive, Suite 200
   Monterey, CA  93942-3140
4  Telephone:    (831) 649-8800
   Facsimile:    (831) 649-8835
5
6  Attorneys for Plaintiff

7

8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 ONE PASS WATER BLADE, LLC,        ) Case No. C 05-03535 PJH
                                     )
12                Plaintiff,         )
                                     )
13      vs.                          ) STIPULATION AND ORDER
                                     ) REGARDING DISMISSAL OF
14 SUN-MATE CORPORATION,             ) COMPLAINT
   a California corporation; and DOES 1 )
15 through 50, inclusive,            )
                                     )
16                Defendants.        )

17

18      The parties for good cause agree to stipulate as follows:  The parties hereby stipulate that
19 the entire action shall be dismissed with prejudice, all costs of suit waived by each side.
20

21 Dated:  October 6, 2005.          Respectfully submitted,

22                                   LARIVIERE, GRUBMAN & PAYNE, LLP

23
                                     By _____
24                                       Robert W. Payne, Esq.
25
                                     Attorneys for Plaintiff
26                                   One Pass Water Blade, LLC

27 / / /

28

STIPULATION AND ORDER REGARDING
DISMISSAL OF COMPLAINT
Case No. C 05-03535 PJH

1  Dated: October 10, 2005.          ISAACMAN, KAUFMAN & PAINTER, P.C.

2

3                                              By: _____
                                                   Michael A. Painter, Esq.
4

5                                              Attorneys for Defendant
                                               Sun-Mate Corporation
6

7
                                              **ORDER**
8
   Pursuant to stipulation, and good cause appearing therefor,
9
   IT IS SO ORDERED.
10

11  Dated: 10/13/05
           _____
12                                             _____
                                               UNITED STATES DISTRICT JUDGE
13

STIPULATION AND ORDER REGARDING
DISMISSAL OF COMPLAINT
Case No. C 05-03535 PJH                - 2 -

## PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. My business address is 19 Upper Ragsdale Drive, Suite 200, Monterey, California, 93940. On October 12, 2005, I served the following document:

**STIPULATION AND ORDER REGARDING DISMISSAL OF COMPLAINT**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Michael A. Painter
ISAACMAN, KAUFMAN & PAINTER, P.C.
8484 Wilshire Boulevard, Suite 850
Beverly Hills, CA 90211

__X__   **U.S. MAIL**: I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addresses(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of businesses.

_____   **HAND DELIVERY**: I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

_____   **BY FACSIMILE**: By use of facsimile machine telephone number (***) ***-****, I served a copy of the within document on the below parties at the facsimile number listed. The transmission was reported as complete and without error.

__X__   **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 12, 2005 at Monterey, California.

_____
Larissa Sison


STIPULATION AND ORDER
REGARDING DISMISSAL OF COMPLAINT
Case No. C 05-03535 PJH